**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Franklin ESPINO–ZAMORA, a.k.a. Franklin Ivan Espino–Zamora,** Defendant–Appellant.

No. 12–10162.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2013.[*]

Filed Oct. 22, 2013.

Phillip Nelson Smith, Jr., Assistant U.S., Michael Anthony Humphreys, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Todd M. Leventhal, Esquire, Special Counsel, Leventhal and Associates, Las Vegas, NV, for Defendant–Appellant.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

### MEMORANDUM **

Franklin Espino–Zamora appeals from the district court's judgment and challenges his guilty-plea conviction and 15–month sentence for being an illegal alien in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Espino–Zamora's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Espino–Zamora the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Espino–Zamora has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).